Dismissed and Memorandum Opinion filed January 21, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00564-CV

____________

 

DUSTIN DAVLIN, Appellant

 

V.

 

EMMA DAVLIN, Appellee

 



 

On Appeal from the 246th District

Harris County, Texas

Trial Court Cause No. 2008-43026

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 27, 2009.  On January 13, 2010, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Frost, Boyce, and Sullivan.